USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

AMY CHENG ET AL,

Defendants.

26-CR-329 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

The Court hereby schedules the Initial Appearance for Defendants Amy Cheng (1); Xiao Mei Chan (2); Christine Lu (3); Jing Yan Ye (4); Xiao Yan Chen (5); Gang Zheng (6); Anthony Cheng (7); Michelle Duenas (8); Angela Duenas (10); Sigrid Cetino (11); and Erika Johnson (12) (all Defendants in this action) for September 1, 2026 at 2:00 p.m. The Initial Appearance will take place at the Charles L. Brieant Jr. Courthouse, 300 Quarropas Street, White Plains, New York 10601, Courtroom 320.

Dated: August 19, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge