**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600 FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

October 19, 2026

**BY ECF**

Hon. Nelson S. Román
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

**Re: United States v. Amy Cheng**
**Docket # 26 CR 329 (NSR)**

Dear Judge Román;

My client has a medical appointment next week which will necessitate the removal of her electronic monitoring device so that it will not interfere with the testing and scanning.

With Your Honor's approval, my client would have Pretrial remove the bracelet prior to the appointment, and report to Pretrial to have it reinstalled following the procedure. This may require the removal a day before and reinstallation a day after, depending on the timing of the medical procedure. My client will be in close touch with Pretrial to make the necessary arrangements.

I therefore respectfully request that the Court order a temporary modification of Ms. Cheng's release conditions to accommodate this request. This is a followup scan to one previously conducted, and the government has no opposition.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

cc: AUSA Jake Sidransky(by ECF)
AUSA Anthony Ferrara (by ECF)

Defendant's application to permit Pretrial Services to remove the electronic bracelet prior to her medical appointment, and report to Pretrial immediately thereafter to have it reinstalled following the procedure is **GRANTED.** The Clerk of Court is kindkly instructed to terminate the pending motion at DE# 101. So Ordered.

Dated: October 19, 2026
White Plains, NY

Nelson S. Román, U.S.D.J.